UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Mamoud Mansaray**

    Plaintiff

v.                           Civil Action No. 22-40062-NMG

**Portfolio Recovery Associates, L.L.C**

    Defendant

SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

                                            By the Court,

7/7/2022                                    /s/Douglas Warnock
  Date                                       Douglas Warnock
                                             Deputy Clerk